S. Amanda Marshall
Oregon Bar No. 953473
**S. AMANDA MARSHALL LLC**
1318 NW Northrup Street
Portland, Oregon 97209
Telephone: (503) 472-7190
*amanda@maclaw.com*

Jarrett L. Ellzey
Texas Bar No. 24040864
(*Pro Hac Vice*)
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, Texas 77006
Telephone: (713) 554-2377
Fax: (888) 276-3455
*jarrett@ellzeylaw.com*

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| RAVEN GARCIA, KIMBERLY AGUIRRE MERAZ, HEYLI WOODRUFF, and KAYLEIGH, BENZIE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>TOEZPECUNIA, INC. dba SWEET ILLUSIONS, an Oregon Corporation; WAYNE M. VAJGERT, an individual,<br><br>        Defendants. | Case No.: 6:22-cv-00639-MK<br><br>**COLLECTIVE ACTION**<br><br>**STIPULATION TO DISMISS PLAINTIFF KIMBERLY AGUIRRE MERAZ'S CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff, Kimberly Aguirre Meraz and Defendants, Toezpecunia, Inc. dba Sweet Illusions and Wayne M Vajgert stipulate to a dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

This case proceeds with the remaining plaintiffs Raven Garcia, Heyli Woodruff, Hannah Thornton and Kayleigh Benzie.

Dated: September 12, 2022

| | |
|---|---|
| /s/Joseph Q. Ridgeway* <br> Joseph Q. Ridgeway <br> OSB No. 213011 <br> Anthony D. Kuchulis, <br> OSB No. 083891 <br><br> **Attorneys for Defendants** <br><br><br> *with permission | /s/ Jarrett L. Ellzey <br> S. Amanda Marshall <br> Oregon Bar No. 953473 <br> Jarrett L. Ellzey <br> Texas Bar No. 24040864 <br> *(Pro Hac Vice)* <br><br> **Attorneys for Plaintiff, individually and on behalf of all others similarly situated** |

**WHEREFORE IT IS STIPULATED THAT:**

1. Pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), Plaintiff, Kimberly Aguirre Meraz and Defendants, Toezpecunia, Inc. dba Sweet Illusions and Wayne M Vajgert stipulate to a dismissal of the claims of Plaintiff Kimberly Aguirre Meraz in this action;

2. The present action will proceed with the individual and collective claims of the remaining plaintiffs Raven Garcia, Heyli Woodruff, Hannah Thornton and Kayleigh Benzie.

Dated: September 12, 2022

Respectfully submitted,

/s/ Joseph Q. Ridgeway*
Joseph Q. Ridgeway, OSB No. 213011
jridgeway@littler.com
Anthony D. Kuchulis, OSB No. 083891
akuchulis@littler.com
LITTLER MENDELSON, P.C.
1308 SW 5th Avenue, Suite 2050
Wells Fargo Tower
Portland Oregon
Phone: (503) 221-0309

**Attorneys for Defendants**

*with permission*

/s/Jarrett L. Ellzey
S. Amanda Marshall
OSB No. 953473
**S. Amanda Marshall, LLC**
1318 NW Northup Street
Portland, Oregon 97209
Phone: (503) 472-7190
amanda@maclaw.law

Jarrett L. Ellzey
Texas Bar No. 24040864
*(Pro Hac Vice)*
ELLZEY & ASSOCIATES, PLLC
1105 Milford Street
Houston, Texas 77006
Telephone: (713) 554-2377
Fax: (888) 276-3455
jarrett@ellzeylaw.com

**Attorneys for Plaintiffs**