UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RAVEN GARCIA, KIMBERLY AGUIRRE MERAZ, HEYLI WOODRUFF, and KAYLEIGH BENZIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOEZPECUNIA, INC. dba SWEET ILLUSIONS, an Oregon Corporation; WAYNE M. VAJGERT, an individual,<br><br>Defendants. | Case No. 6:22-cv-00639-MK<br><br>JUDGMENT IN FAVOR OF PLAINTIFF KAYLEIGH BENZIE |

On August 26, 2022, Defendants Toezpecunia, Inc. dba Sweet Illusions and Wayne M. Vajgert (collectively "Defendants") served Plaintiff Kayleigh Benzie ("Plaintiff"), with a Fed. R. Civ. P. 68 Offer of Judgment in the amount of SIX THOUSAND U.S. DOLLARS ($6,000.00), exclusive of reasonable attorneys' fees and costs. On September 9, 2022, Plaintiff accepted this offer. *See* Dkt 10.

Accordingly, it is **ORDERED AND ADJUGED** that Judgment is entered for Plaintiff and against Defendants for the total sum of SIX THOUSAND U.S. DOLLARS ($6,000.00), exclusive of reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 16, 2022

_____
The Honorable Mustafa T. Kasubhai
United States Magistrate Judge