UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| RAVEN GARCIA, KIMBERLY AGUIRRE MERAZ, HEYLI WOODRUFF, AND KAYLEIGH BENZIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>TOEZPECUNIA, INC. dba SWEET ILLUSIONS, an Oregon Corporation; WAYNE M. VAJGERT, an individual;<br><br>Defendants. | Case No.: 6:22-cv-00639-MK<br><br>JUDGMENT IN FAVOR OF PLAINTIFF HANNAH THORNTON |

On May 7, 2024, Defendants Toezpecunia, Inc. dba Sweet Illusions and Wayne M. Vajgert's (collectively, "Defendants") served Plaintiff Hannah Thornton ("Plaintiff"), with a Fed. R. Civ. P. 68 Offer of Judgment in the amount of FOUR THOUSAND U.S. DOLLARS ($4,000.00), inclusive of reasonable attorney's fees and costs. On May 12, 2024, Plaintiff accepted this offer.

Accordingly, it is **ORDERED AND ADJUDGED** that Judgment is entered for Plaintiff and against Defendants for the total sum of FOUR THOUSAND U.S. DOLLARS ($4,000.00), inclusive of reasonable attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 24, 2024

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge