IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HEYLI WOODRUFF,

        Plaintiff,

        v.

TOEZPECUNIA, INC.,

        Defendants.

Civ. No. 6:22-cv-639-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation, (ECF No. 64), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants filed objections. ECF No. 66. Accordingly, the Court reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

    The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 64) is ADOPTED. Defendants' Motion for Summary

1 –ORDER

Judgment (ECF No. 34) is DENIED. Plaintiffs' Motions for Summary Judgment (ECF Nos. 36, 57) are GRANTED.

IT IS SO ORDERED.

    DATED this 30th day of May, 2024.

                                            s/ Michael J. McShane
                                            MICHAEL J. MCSHANE
                                            United States District Judge