S. Amanda Marshall
Oregon Bar No. 953473
**S. Amanda Marshall LLC**
1318 NW Northrup Street
Portland, Oregon 97209
Telephone: (503) 472-7190
*amanda@maclaw.law*

Jarrett L. Ellzey
Texas Bar No. 24040864
(*Pro Hac Vice*)
Leigh S. Montgomery
Texas Bar No. 24052214
*(Pro Hac Vice)*
**Ellzey & Associates, PLLC**
1105 Milford Street
Houston, Texas 77006
Telephone: (713) 554-2377
Fax: (888) 276-3455
jarrett@ellzeylaw.com
leigh@ellzeylaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| RAVEN GARCIA, KIMBERLY AGUIRREMEREZ, HEYLI WOODRUFF AND KAYLEIGH BENZIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOEZPECUNIA, INC. dba SWEET ILLUSIONS, an Oregon Corporation;<br><br>Defendant. | Case No.: 6:22-cv-00639-MK<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF HEYLI WOODRUFF** |

On August 2, 2024, Defendant Toezpecunia, Inc. dba Sweet Ilusions served Plaintiff Heyli Woodruff, with a Fed. R. Civ. P. 68 Offer of Judgment in the amount of Twenty Thousand U.S. Dollars, ($20,000.00) exclusive of attorneys' fees and costs. Plaintiff accepted

this offer. See *Dkt* 84.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, Twenty Thousand U.S. Dollars ($20,000.00) to Plaintiff, exclusive of attorneys' fees and costs.

Accordingly, it is ORDERED AND ADJUDGED that Judgment is entered for Plaintiff, Heyli Woodruff's claims against Defendant Toezpecunia, Inc. dba Sweet Ilusions for Twenty Thousand U.S. Dollars to Plaintiff exclusive of Plaintiff's claim(s) for attorneys' fees and costs.

IT IS SO ORDERED.

Date: 9/6/2024

/Michael J. McShane
United States District Judge

Approved to as form:

*/s/Leigh S. Montgomery*
Leigh S. Montgomery
Texas Bar No. 24052214
*(Pro Hac Vice)*
Ellzey & Associates, PLLC
1105 Milford Street
Houston, Texas 77006
Telephone: (713) 554-2377
Fax: (888) 276-3455

*/s/Sara M. Dueno\**
Sara M. Dueno
Anthony Kuchulis
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204
Telephone: (503) 306-5343

*with permission