IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| RAVEN GARCIA, KIMBERLY AGUIRRE MEREZ, HEYLI WOODRUFF AND KAYLEIGH BENZIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOEZPECUNIA, INC. dba SWEET ILLUSIONS, an Oregon Corporation,<br><br>Defendants. | Case No.: 6:22-cv-00639-MTK<br><br>**COLLECTIVE ACTION**<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF CARPENTER ZUCKERMAN AND S. AMANDA MARSHALL, LLC** |

On May 30, 2024, the Court adopted then Magistrate Judge Kasubhai's Findings and Recommendations following the Court's resolution of the parties' motions for summary judgment in favor of plaintiff Heyli Woodruff ("Plaintiff" or "Woodruff") and against defendant Toezpecunia, Inc. dba Sweet Illusions ("Defendant"). ECF Nos. 64 and. 73. On August 2, 2024, Defendant served Plaintiff with an Offer of Judgment in the amount of $20,000 (excluding attorneys' fees, disbursements, and costs) to settle all of Plaintiff's alleged claims. ECF No. 84, Ex. 1. On August 20, 2024, Plaintiff filed a notice of acceptance of Defendant's offer, ECF No. 84, and on September 6, 2024, the Court entered judgment for Plaintiff. ECF No. 86.

On September 24, 2024, counsel for Woodruff (Ellzey & Associates, PLLC and S. Amanda Marshall, LLC) filed a Motion for Fees and Costs. ECF No. 89. Counsel also filed Plaintiff's Bill

of Costs for $2,469. ECF No. 88. On March 10, 2025, this Court, after reviewing the Motion, the Opposition and the Reply issued an Order granting in part the Motion, as well as granting Plaintiff's Bill of Costs. Ellzey & Associates, PLLC and S. Amanda Marshall, LLC were awarded fees of $49,586. Costs were taxed against Defendant for $2,469. ECF No. 93.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Ellzey & Associates, PLLC and S. Amanda Marshall, LLC and against Defendant Toezpecunia, Inc. dba Sweet Illusions for the total sum of FIFTY-TWO THOUSAND FIFTY FIVE DOLLARS ($52,055).

**IT IS SO ORDERED.**

Dated: _____, 2025

THE HONORABLE MUSTAFA T. KASUBHAI
UNITED STATES DISTRICT JUDGE

S. Amanda Marshall
Oregon Bar No. 953473
**S. AMANDA MARSHALL LLC**
1813 NW Northrup Street
Portland, Oregon 97209
Telephone: (503) 472-7190
*amanda@maclaw.law*

Jarrett L. Ellzey
Texas Bar No. 24040864
(*Pro Hac Vice*)
Leigh S. Montgomery
Texas Bar No. 24052214
(*Pro Hac Vice*)
**ELLZEY & ASSOCIATES, PLLC**
4200 Monroe Street
Houston, Texas 77006
Telephone: (713) 244-6363
*jellzey@eksm.com*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| RAVEN GARCIA, KIMBERLY AGUIRRE MEREZ, HEYLI WOODRUFF AND KAYLEIGH BENZIE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>TOEZPECUNIA, INC. dba SWEET ILLUSIONS, an Oregon Corporation,<br><br>    Defendants. | **Case No.: 6:22-cv-00639-MTK**<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF HAYLI WOODRUFF'S NOTICE OF LODGING OF PROPOSED JUDGMENT IN FAVOR OF ELLZEY & ASSOCIATES, PLLC AND S. AMANDA MARSHALL, LLC** |

**COMES NOW** plaintiffs Heyli Woodruff ("Plaintiff"), by and through undersigned counsel, and respectfully submits this Notice of Lodging Re: Judgment pursuant the Order awarding fees of $49,586, and $2,469 in costs, and totals $52,055. ECF No. 93.

Dated: March 11, 2025                    */s/ Leigh S. Montgomery*
　　　　　　　　　　　　　　　　　　　　　S. Amanda Marshall
　　　　　　　　　　　　　　　　　　　　　Oregon Bar No. 953473
　　　　　　　　　　　　　　　　　　　　　Leigh S. Montgomery
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24052214
　　　　　　　　　　　　　　　　　　　　　(*Pro Hac Vice*)

　　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I certify that on Thursday, March 13, 2025 a true and correct copy of the attached **PROPOSED JUDGMENT IN FAVOR OF CARPENTER ZUCKERMAN AND S. AMANDA MARSHALL LLC** and **PLAINTIFF HAYLI WOODRUFF'S NOTICE OF LODGING OF PROPOSED JUDGMENT IN FAVOR OF ELLZEY ASSOCIATES, PLLC AND S. AMANDA MARSHALL LLC** was served via ELECTRONIC Mail upon the following parties.

Sara Dueno
sdueno@dunncarney.com

Leigh Montgomery
leigh@ellzeylaw.com

Anthony D. Kuchulis
akuchuklis@dunncarney.com

Jarrett Ellzey
jarrett@ellzeylaw.com

/s/ S. Amanda Marshall
S. Amanda Marshall