IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| RAVEN GARCIA, KIMBERLY AGUIRRE MEREZ, HEYLI WOODRUFF AND KAYLEIGH BENZIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOEZPECUNIA, INC. dba SWEET ILLUSIONS, an Oregon Corporation,<br><br>Defendants. | Case No.: 6:22-cv-00639-MTK<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF CARPENTER ZUCKERMAN AND S. AMANDA MARSHALL, LLC** |

On May 30, 2024, the Court adopted then Magistrate Judge Kasubhai's Findings and Recommendations following the Court's resolution of the parties' motions for summary judgment in favor of plaintiff Heyli Woodruff ("Plaintiff" or "Woodruff") and against defendant Toezpecunia, Inc. dba Sweet Illusions ("Defendant"). ECF Nos. 64 and. 73. On August 2, 2024, Defendant served Plaintiff with an Offer of Judgment in the amount of $20,000 (excluding attorneys' fees, disbursements, and costs) to settle all of Plaintiff's alleged claims. ECF No. 84, Ex. 1. On August 20, 2024, Plaintiff filed a notice of acceptance of Defendant's offer, ECF No. 84, and on September 6, 2024, the Court entered judgment for Plaintiff. ECF No. 86.

On September 24, 2024, counsel for Woodruff (Ellzey & Associates, PLLC and S. Amanda Marshall, LLC) filed a Motion for Fees and Costs. ECF No. 89. Counsel also filed Plaintiff's Bill

of Costs for $2,469. ECF No. 88. On March 10, 2025, this Court, after reviewing the Motion, the Opposition and the Reply issued an Order granting in part the Motion, as well as granting Plaintiff's Bill of Costs. Ellzey & Associates, PLLC and S. Amanda Marshall, LLC were awarded fees of $49,586. Costs were taxed against Defendant for $2,469. ECF No. 93.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Ellzey & Associates, PLLC and S. Amanda Marshall, LLC and against Defendant Toezpecunia, Inc. dba Sweet Illusions for the total sum of FIFTY-TWO THOUSAND FIFTY FIVE DOLLARS ($52,055).

IT IS SO ORDERED.

Dated: May 2, 2025

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States District Judge